UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 9:23-cv-80925-AMC

LAWRENCE FELTZIN,

    Plaintiff,

v.

HAGEN'S RANCH PLAZA, LLC, a
Florida Limited Liability Company,

    Defendant.
_____/

## JOINT NOTICE OF SETTLEMENT

Plaintiff, LAWRENCE FELTZIN, and Defendants, HAGEN'S RANCH PLAZA, LLC hereby advise the Court that the Parties have reached an agreement in principle to settle the instant case pending execution of a Settlement Agreement. The Parties will file a Stipulation dismissing this Action with prejudice once the settlement agreement is executed, which they reasonably expect to do no later than twenty (20) days from the date of this Notice. Accordingly, the Parties, respectfully request that the Court vacate all currently set dates and deadlines in this case. Respectfully submitted this August 31, 2023.

| | |
|---|---|
| /s/ *Anthony J. Perez* | By:/s/ *Bruce J. Goldman* |
| ANTHONY J. PEREZ | BRUCE J. GOLDMAN |
| Florida Bar No. 535451 | Florida Bar No. 335657 |
| GARCIA-MENOCAL & PEREZ, P.L. | LAW OFFICES OF DELIMA GOLDMAN & GOLDMAN |
| 350 Sevilla Avenue, Suite 200 | 11042 Paradela Street |
| Coral Gables, Fl 33134 | Coral gables, FL 33156 |
| Telephone: (305) 553- 3464 | Telephone: (305) 446-6460 |
| Email: ajperez@lawgmp.com | Email: bruce@delimagoldmanandgoldman.com |
| *Counsel for Plaintiff* | *Attorneys for Defendant Hagen's Ranch Plaza, LLC* |

1

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system. I further certify a copy of the foregoing was sent by CM/ECF to all counsel of record on this August 31, 2023.

    Respectfully submitted,

    **GARCIA-MENOCAL & PEREZ, P.L.**
    *Attorneys for Plaintiff*
    350 Sevilla Avenue, Suite 200
    Telephone: (305) 553-3464
    Facsimile: (855) 205-6904
    Primary E-Mail: ajperez@lawgmp.com
    Secondary E-Mail: bvirues@lawgmp.com;
    jreyes@lawgmp.com

    By: */s/ Anthony J. Perez*
        ANTHONY J. PEREZ